

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTION FOR REHEARING

Appellate case name:     Truyen Luong v. Robert A. McAllister, Jr. and Robert A. McAllister Jr. and Associates, P.C.

Appellate case number:   01-17-00198-CV

Trial court case number:  2016-15069

Trial court:             61st District Court, Harris County, Texas

Date motion filed:       August 16, 2018

Party filing motion:     Appellee


     It is ordered that the motion for rehearing is **denied**.


Judge's signature: /s/ Terry Jennings
                    Acting for the Court

Panel consists of: Justices Jennings, Keyes, and Higley.

Date:  September 6, 2018